FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUN 29 PM 4: 04
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIE BROWN, )<br>)<br>Defendant. ) | Case No. 1:04-CR-00016-01 |

## ORDER

On June 22, 2015, the Government filed a motion seeking an Order from this Court directing the Bureau of Prisons to turnover to the Clerk of the Court funds held in the inmate trust account for the Defendant Willie Brown as payment for the criminal monetary penalties imposed in this case. As set forth in the government's motion, the Bureau of Prisons maintains in its possession, custody, or control approximately $11,167.91 in funds belonging to the Defendant that are currently in the Defendant's trust account.

Upon consideration of 18 U.S.C. §§ 3613(a) and 3664(n), and finding cause exists to grant the motion, **IT IS HEREBY ORDERED** that the Government's motion is **GRANTED**. **IT IS FURTHER ORDERED** that the Bureau of Prisons shall turnover to the Clerk of Court for the Southern District of Georgia all but $100.00 of the funds currently held in the trust account for the following inmate:

Willie Brown
Register # 11825-021
FCI Miami
P.O. Box 779800
Miami, FL 33177

The Bureau of Prisons shall mail the check made payable to the Clerk, United States District

Court, to the following address:

> United States District Court
> Attn: Michael A. Groover
> Financial Administrator
> P.O. Box 8286
> Savannah, GA 31412

The Clerk of Court shall apply said funds as payment toward the criminal monetary penalties owed by the Defendant in this case.

The Clerk shall serve a copy of this Order upon the Government, Defendant Willie Brown at the above address, and upon the district's Financial Administrator.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of June, 2015.

_____
HON. DUDLEY H. BOWEN, JR.
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA